UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TANYA NEMCIK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD MILLS, GEORGIA KU,<br><br>　　　　　Defendants. | Case No.  5:16-cv-00322-HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

  Plaintiff has moved for a temporary restraining order, requesting immediate relief. Because not all parties have consented to proceed before a magistrate judge, the undersigned lacks jurisdiction to hear plaintiffs' application.  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge.  See 28 U.S.C. § 636.

Dated:  January 21, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1   5:16-cv-00322-HRL Notice sent by U.S. Mail to:

2   Tanya Nemcik
3   3216 View Drive
    Antioch, CA 94509

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28