UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TANYA NEMCIK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD MILLS, et al.,<br><br>　　　　Defendants. | Case No.  16-cv-00322-BLF<br><br>**ORDER DETERMINING CASES ARE NOT RELATED** |

　　　The Court finds that the case *Nemcik v. Contra Costa Superior Court, et al.*, Case No. 3:16-CV-01423-SK is not related to the above captioned action.

　　　**IT IS SO ORDERED.**

Dated: March 30, 2016

_____
BETH LABSON FREEMAN
United States District Judge