UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TANYA NEMCIK,

    Plaintiff,

v.

EDWARD MILLS, et al.,

    Defendants.

Case No. 16-cv-00322-BLF

**ORDER REGARDING OBJECTION OF INCORRECT CLASSIFICATION OF CIVIL CASE**

[Re: ECF 28]

Before the Court is Plaintiff's objection to the incorrect classification of civil case. ECF 28. The electronic filing system indicates Plaintiff's case is a "Cause: 42:2000e Job Discrimination (Employment)." *See* Docket, 16-cv-0322. Plaintiff argues that her action is a civil rights action. Accordingly, the Court INSTRUCTS the clerk to change the classification of Plaintiff's case on the electronic filing system to "Cause: 42:1983 Civil Rights Act."

The Court also notes that the exhibits to Plaintiff's complaint contain personal, confidential, and sensitive information regarding her minor children.[1] This information includes their social security numbers and personal medical information. Since this information may potentially expose Plaintiff's children to identify theft, the Court provisionally sealed the exhibits. If Plaintiff wishes to keep this material under seal, she may submit a supporting declaration and

---

[1] Since these materials are sealed, Plaintiff is unable to access these documents from outside the courthouse. For Plaintiff's benefit, the Court notes that all 23 exhibits have been scanned and filed on ECF. Exhibit A is at ECF 17-1; Exhibits B, C, D, and E are at ECF 17-2; Exhibits F and G are at ECF 17-3; Exhibits H, I, and J are at ECF 17-4; Exhibit K is at ECF 17-5; Exhibits L and M are at ECF 17-6; Exhibit N is at ECF 17-7 and ECF 17-8; Exhibits O, P, and Q are at ECF 17-9; Exhibit Q continues at ECF 17-10 and ECF 17-11; Exhibits R and S are at ECF 17-12; Exhibit T is at ECF 17-13; Exhibit U is at ECF 17-14; Exhibit V is at ECF 17-15; and Exhibit W is at ECF 17-16. The exhibits total 336 pages.

redacted versions of these exhibits in compliance with Civil L.R. 79-5 **on or before** April 21, 2016.  If the Court receives no supporting declaration by April 21, 2016 or a declaration from Plaintiff before then stating she does not wish this material to be sealed, the Court will unseal the material.

**IT IS SO ORDERED.**

Dated: April 12, 2016

_____
BETH LABSON FREEMAN
United States District Judge

2