**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TANYA NEMCIK,<br><br>   Plaintiff,<br><br> v.<br><br>EDWARD MILLS, et al.,<br><br>   Defendants. | Case No.  16-cv-00322-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM MAY 5, 2016 TO AUGUST 11, 2016** |

  The Court CONTINUES the case management conference from May 5, 2016 to August 11, 2016 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: April 22, 2016

                   _____
                   BETH LABSON FREEMAN
                   United States District Judge