UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TANYA NEMCIK,<br><br>   Plaintiff,<br><br> v.<br><br>EDWARD MILLS, et al.,<br><br>   Defendants. | Case No. 16-cv-00322-BLF<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PERMANENT INJUNCTIVE RELIEF**<br><br>[Re: ECF 84] |

  Before the Court is Plaintiff's motion for temporary restraining order and/or permanent injunctive relief. ECF 84. Pursuant to Plaintiff's request, the Court will hear this motion, along with all other pending motions in this action, on August 11, 2016 at 9:00 a.m. Given the short timeframe between the filing of the instant motion and the upcoming hearing, any opposition to the motion for temporary restraining order and/or permanent injunctive relief may be presented at the hearing.

  **IT IS SO ORDERED.**

Dated: August 5, 2016

                    _____
                    BETH LABSON FREEMAN
                    United States District Judge